**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6338

THOMAS BLEVINS, a/k/a Tommy Ray Blevins,

Plaintiff - Appellant,

v.

DANNY KING, Jail Administrator; FERNIE HYMAN, Food Service Manager,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:22-ct-03064-D)

Submitted:  August 24, 2023                                    Decided:  August 29, 2023

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas Blevins, Appellant Pro Se.  Bradley O. Wood, WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina; Steven Andrew Bader, Marshall Wall, CRANFILL SUMNER, LLP, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Blevins appeals the district court's order granting Defendants' motion to dismiss Blevins' 42 U.S.C. § 1983 action. Upon review of the record, we discern no abuse of discretion. *See Mey v. Phillips*, 71 F.4th 203, 217 (4th Cir. 2023) ("A district court has wide latitude in controlling discovery, and its rulings will not be overturned absent a showing of clear abuse of discretion." (cleaned up)). Accordingly, we affirm the district court's order. *Blevins v. King*, No. 5:22-ct-03064-D (E.D.N.C. Mar. 23, 2023). We deny Blevins' request for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
